# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN MCDONAGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN HONDA MOTOR CO., INC.; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-CV-00350-AB-MRW<br><br>Judge: Hon. André Birotte, Jr.<br>Magis. Judge: Hon. Michael R. Wilner<br><br>**[PROPOSED] JUDGMENT**<br><br>St. Ct. Action Filed: Dec. 8, 2022<br>Notice of Removal Filed: Jan. 17, 2023 |

　　Pursuant to the settlement of the parties, Judgment in favor of Plaintiff, Coleman McDonagh, and against Defendant, American Honda Motor Co., Inc., is entered as follows:

　　1. Judgment is entered against American Honda Motor, Co., Inc., in the amount of $59,174.12;

2. Coleman McDonagh is required to deliver the 2019 Acura MDX, VIN 5J8YD4H06KL015091 to a mutually agreeable Honda dealership, free and clear of any and all encumbrances, within forty-five (45) days after the amount of $59,174.12 is made by Defendant;

3. Plaintiff is the prevailing party and is entitled to recover reasonable attorneys' fees and costs, from Defendant, the amount of which shall be determined by a motions for attorneys' fees, expenses and costs and/or bill of costs.

**IT IS SO ORDERED.**

Dated: October 3, 2024

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT COURT